No. 03–8128. JOHNSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–8132. JOHNSON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–8137. KEELEN v. DEMAR ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8151. GUTIERREZ v. IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8170. CHANDLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 03–8181. ARLEDGE v. GLENN ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8204. WALKER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–8213. MATTIS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8222. ELMER v. BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8226. MORGAN v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 03–8228. MEREGINI v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 03–8230. LERMA v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8234. BELL v. CITY OF BATON ROUGE, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.